| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LANNY JAY DUGAR<br>20335 Ventura Blvd. 422<br>Woodland Hills CA 91364<br>818 2218642<br>dugarjay20@gmail.com<br>Attorney for | FILED<br>OCT 30 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: LANNY JAY DUGAR | |
|---|---|
| | Debtor(s). |
| QIANG BJORNBAK, PAVID BJORNBAK | CHAPTER: 7 |
| | Plaintiff(s). CASE NO.: 120;BRL1166VK |
| | ADVERSARY NO.: 120;AP-01083VK |
| vs. | |
| LANNY JAY DUGAR Defendant(s). | DATE: Dec. 7, 2020<br>TIME: 1:30 pm<br>PLACE: US Bankruptcy Court Burb. Blvd |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served? ☑ Yes ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☑ Yes ☐ No

3. Have all motions addressed to the pleadings been resolved? ☑ Yes ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☐ Yes ☑ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (or on attached page): Plantiff Refuses To meet and Conferred

*(Continued on next page)*

Joint Status Report - *Page 3*                F 7016-1.1

| In re LANNY JAY DUGAR | CHAPTER: 7 |
| --- | --- |
| | CASE NO.: 1:20-BK11166 |
| Debtor(s). | ADVERSARY NO.: 1:20-ap-01083-VK |

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____

Defendant

Pre-trial conference ✓ (is)/ ___ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) _____

Defendant

Pre-trial conference should be set after:

(date) Dec 7, 2020

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   NONE

2. Has this dispute been formally mediated?    ☐ Yes  ☑ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☐ Yes  ☐ No

   Defendant
   ☑ Yes  ☐ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 7016-1.1

Joint Status Report - Page 4 | F 7016-1.1

| In re LANNY JAY DUGAR | CHAPTER: 7 |
| --- | --- |
| | CASE NO.: 1:20-11166-VK |
| Debtor(s) | ADVERSARY NO.: 1:20-ap-01083-VK |

**F.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: OCT 30, 2020

Firm Name: LANNY JAY DUGAR / PRO PER

By: LANNY JAY DUGAR

Name: LANNY JAY DUGAR

Attorney for: DEBTOR/DEFENDANT

Dated: OCT 30, 2020

Firm Name: ___

By: ___

Name: ___

Attorney for: ___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

Joint Status Report - Page 2                                                    F 7016-1.1

| In re | LANNY JAY DUGAR | CHAPTER: 7 |
| | | CASE NO.: 1'20-BK-11166VK |
| | Debtor(s). | ADVERSARY NO.: 1'20-ap-01083JK |

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Plaintiff                                         Defendant
                                                     ANYTIME

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
   Plaintiff                                         Defendant

3. When do you expect to complete your discovery efforts?
   Plaintiff                                         Defendant
                                                     Dec 7, 2020

4. What additional discovery do you require to prepare for trial?
   Plaintiff                                         Defendant
                                                     RFA's
                                                     PRODUCTION of DOCUMENTS
                                                     INTER-ROGS

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
   Plaintiff                                         Defendant
                                                     1 HOUR

2. How many witnesses do you intend to call at trial (including opposing parties)?
   Plaintiff                                         Defendant
                                                     UNKNOWN at this TIME

3. How many exhibits do you anticipate using at trial?
   Plaintiff                                         Defendant
                                                     5

(Continued on next page)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 7016-1.1

Joint Status Report - Page 5 | F 7016-1.1

In re: LANNY JAY DUGAR
CHAPTER: 7
CASE NO.: 1:20-BK-11166-VK
ADVERSARY NO.: 1:20-ap-01083-VK

Debtor(s)

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT, Declaration DATED OCT 30, 2020** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **OCT 30, 2020** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

QIANG BJORNBAK
510 WEST 6TH ST. STE 1024
L.A. CA. 90014

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10-30-20 | Robert Noel | /s/ signed |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 | F 7016-1.1

Joint Status Report - Page 6 | F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| LANNY JAY DEGAIR | CASE NO.: 1:20-BK-1116-VK |
| Debtor(s) | ADVERSARY NO.: 1:20-ap-01083-VK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Gottlieb & Associates, LLC
16255 Ventura Blvd., Ste 440
Encino, CA 91436


Katherine C. Bunker, Trial Attorney
Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017


Qiang Bjornbak
510 W. 6th Street, #1024
Los Angeles, CA 90014

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                              F 7016-1.1