| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Qiang Bjornbak SBN 221790<br>Law Offices of Qiang Bjornbak<br>510 West 6th Street, Suite 1024<br>Los Angeles, CA 90014<br>Tel: (310) 403-8516<br>Fax: (626) 941-6648<br>Email: qbjornba@gmail.com | **FILED**<br>NOV 13 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* David Bjornbak, Qiang Bjornbak | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br>Lanny Jay Dugar<br><br>Debtor(s). | CASE NO.: 1:20:bk11166vk<br><br>ADVERSARY NO.: !:20:ap-01083-vk<br><br>CHAPTER: 7 |
|---|---|
| David Bjornbak, an individual<br>Qiang Bjornbak, an individual<br><br>Plaintiff(s).<br><br>vs.<br><br>Lanny Jay Dugar, an individual<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:        12/09/2020<br>TIME:        1:30<br>COURTROOM:   301<br>ADDRESS:     21041 Burbank Blvd, courtroom 301, WoodlandHills, Ca 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No

3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

Lanny Jay Dugar refused to meet and confer in a civil way. He refused to talk with Qiang Bjornbak and racially commented that she does not understand English. Qiang Bjornbak asked him to mail her his own statement to her and then she will work on a joint statement. Dugar agreed in his email and then went ahead and filed his own statement. Please see the attached emails.Moreover, Dugar is a racist and con-artist. He has defrauded many homeowners, IRS, and different courts, etc. Dugar has been harassing Qiang Bjornbak for the past four years to get out of the stipulated 1.5 million dollar judgment against himself. Burbank superior court judge issued an order that prohibits Lanny J Dugar from contacting David and Qiang Bjornbak.

B. **READINESS FOR TRIAL**:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| one year later | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Need extensive discovery to find out the evidence of fraudulent transfer | |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 6-8 months from now | |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| to be determined | |

C. **TRIAL TIME**:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 2 days | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 6-7 witnesses | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 2                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>  
to be determined

<u>Defendant</u>

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>  
Pretrial conference ☒ is ☐ is not requested  
Reasons:

<u>Defendant</u>  
Pretrial conference ☐ is ☐ is not requested  
Reasons:

<u>Plaintiff</u>  
Pretrial conference should be set <u>after</u>:  
(date) 10/01/2021

<u>Defendant</u>  
Pretrial conference should be set <u>after</u>:  
(date) _____

### E. SETTLEMENT:

1. What is the status of settlement efforts?

    Dugar is hostile and uncooperative. It is hard to settle with him

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No  
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>  
☒ Yes   ☐ No

<u>Defendant</u>  
☐ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 11/12/2020

Law Offices of Qiang Bjornbak
Printed name of law firm

_____
Signature

Qiang Bjornbak
Printed name

Attorney for: David Bjornbak, Qiang Bjornbak

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

 Gmail

Qiang Bjornbak <qbjornba@gmail.com>

## Dear Qiang; the rules state that we must file a joint status report. Since I can not understand Chinglish and have no money for postage I suggest we do this by email or text messages. Since your understanding of spoken English is limited we should not communicate verbaly

3 messages

---

**Lanny Dugar** <dugarjay21@gmail.com>  
To: qbjornba@gmail.com

Wed, Oct 21, 2020 at 12:15 PM

On Wed, Oct 21, 2020, 11:11 AM Del Taco <eclub@deltaco.com> wrote:



 **Gmail**    Qiang Bjornbak <qbjornba@gmail.com>

## joint statement

**Qiang Bjornbak** <qbjornba@gmail.com>    Wed, Oct 21, 2020 at 8:19 PM
To: Lanny Dugar <dugarjay21@gmail.com>, Jay Dugar <dugarjay2@gmail.com>

Lanny

You fill in your part of the joint statement, mail it to me. I'll fill in my part and file it with the court.

--
Qiang Bjornbak, Esq.


Former California State Bar International Law Section Advisor
Former California State Bar Delegate to ABA House of Delegates

510 West 6th Street, # 1024
Los Angeles, CA 90014

(310) 403-8516

www.qianglaw.com

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
133 W Marshall Street, # A, San Gabriel, CA 91776

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/12/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please see the attached service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 11/12/2020 | Jibing Li | /s/ |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 5 — F 7016-1.STATUS.REPORT

Case 1:20-ap-01083-VK    Doc 7    Filed 11/16/20    Entered 11/16/20 10:29:32    Desc
Main Document    Page 8 of 8

Service List

Lanny Jay Dugar
20335 Ventura Boulevard, Suite 422
Woodland Hills, CA 91364.

David Gottlieb
Gottlieb & Associates, LLC
16255 Ventura Blvd., Ste. 440
Encino, CA 91436

Katherine C. Bunker, Trial Attorney
Office of the United States Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard.
Suite 354 / Courtroom 301
Woodland Hills, CA 91367